UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUNYA TANAKA,<br><br>    Plaintiff<br><br>v.<br><br>JOHNNY & ASSOCIATES, et al.,<br><br>    Defendants | Case No.: 2:25-cv-00628-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant HR Las Vegas, LLC's certificate of interested parties (ECF No. 11) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the defendant's citizenship as required by the amendment to that rule. I remind HR Las Vegas, LLC that as a limited liability company, it is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

I FURTHER ORDER that defendant HR Las Vegas, LLC shall file a proper certificate of interested parties by May 1, 2025.

DATED this 17th day of April, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE