**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUNYA TANAKA,<br><br>　　　Plaintiff<br><br>v.<br><br>JOHNNY & ASSOCIATES, INC., et al.,<br><br>　　　Defendants | Case No.: 2:25-cv-00628-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

　　　I ORDER that plaintiff Junya Tanaka's certificate of interested parties (ECF No. 19) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by that rule.

　　　I FURTHER ORDER plaintiff Junya Tanaka to file a proper certificate of interested parties by May 12, 2025.

　　　DATED this 28th day of April, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE