# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUNYA TANAKA, | Case No.: 2:25-cv-00628-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| JOHNNY & ASSOCIATES, INC., et al., | |
| Defendants | |

I ORDER that by May 16, 2025, plaintiff Junya Tanaka shall respond to defendant HR Las Vegas, LLC's response to the order to show cause (ECF No. 12). Specifically, Tanaka must address HR Las Vegas's argument that the Japanese citizen defendants are fraudulently joined and thus do not destroy diversity jurisdiction in this court.

DATED this 1st day of May, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE