**KEMP JONES, LLP**
Nathanael R. Rulis, Esq. (NV Bar No. 11259)
n.rulis@kempjones.com
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, Nevada 89169
Tel:  702-385-6000
Fax:  702-385-6001

**DLA PIPER LLP (US)**
Darryl Tarver (admitted *pro hac vice*)
darryl.tarver@us.dlapiper.com
650 S. Exeter Street, Suite 1100
Baltimore, Maryland 21202
Tel:  410-580-3000
Fax: 410-580-3001

*Attorneys for Defendant*
*HR Las Vegas, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUNYA TANAKA,<br><br>              Plaintiff,<br><br>      v.<br><br>JOHNNY & ASSOCIATES, Inc., et al.,<br><br>              Defendants. | Case No. 2:25-cv-00628-APG-DJA<br><br>**STIPULATION TO REMAND ACTION TO STATE COURT** |

  Plaintiff Junya Tanaka ("Plaintiff") and Defendant HR Las Vegas, LLC ("Hard Rock"), by ant through their undersigned counsel, hereby stipulate and agree as follows:

  1. On December 18, 2024, Plaintiff filed his Complaint in the District Court for Clark County, Nevada.

  2. On April 7, 2025, Hard Rock timely removed this action to this Court. ECF No. 1.

  3. On April 14, 2025, Hard Rock filed a Motion to Dismiss the Complaint. ECF No. 8.

-1-
STIPULATION TO REMAND ACTION TO STATE COURT

4. On April 16, 2025, the Court entered an Order to Show Cause Why This Action Should Not Be Remanded For Lack of Subject Matter Jurisdiction entered (the "Show Cause Order"). ECF No. 12.

5. On April 30, 2025, Hard Rock filed its Response to the Show Cause Order. ECF No. 25.

6. On May 5, 2025, that Plaintiff and Hard Rock met and conferred and reached agreement on the Show Cause Order.

7. Accordingly, Plaintiff and Hard Rock agree that this action shall be remanded to the State Court from which it was removed, namely the District Court for Clark County, Nevada.

Date: May 8, 2025

| COGBURN DAVIDSON | KEMP JONES, LLP |
|---|---|
| */s/ Jamie Cogburn* <br> Jamie S. Cogburn (NV Bar No. 8409) <br> jsc@cdinjury.com <br> Hunter S. Davidson (NV Bar No. 14860) <br> hsd@cdinjury.com <br> 2580 St. Rose Parkway, Suite 330 <br> Henderson, Nevada 89074 <br><br> *Attorneys for Plaintiff* <br> *Junya Tanaka* | */s/ Nathanael Rulis* <br> Nathanael Rulis (NV Bar No. 11259) <br> n.rulis@kempjones.com <br> 3800 Howard Hughes Parkway, 17th Floor <br> Las Vegas, Nevada 89169 <br><br> DLA PIPER LLP (US) <br> Darryl Tarver (admitted *pro hac vice*) <br> darryl.tarver@us.dlapiper.com <br> 650 S. Exeter Street, Suite 1100 <br> Baltimore, Maryland 21202 <br><br> *Attorneys for Defendant* <br> *HR Las Vegas, LLC* |

IT IS SO ORDERED:

CHIEF U.S. DISTRICT JUDGE

DATED: May 12, 2025